AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 27, 2023**

SEAN F. McAVOY, CLERK

KEDGE B.,

    *Plaintiff*

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    *Defendant*

Civil Action No.  2:23-CV-0120-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 9) is DENIED.
The Commissioner's Responsive Motion for Summary Judgment (ECF No. 13) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

    on the parties' cross-motions (ECF Nos. 9, 13).

Date:  10/27/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
    *(By) Deputy Clerk*

Allison Yates